# EXHIBIT A



Defend Gun Rights on Campus

Young Americans for Liberty