# EXHIBIT D

# Student Leadership & Activities
## Blinn College - Brenham Campus

# Activity Request Form

This form must be turned into the Student Leadership & Activities Office **BEFORE** each club sponsored activity (on or off campus) including fundraisers. Excludes meetings.

Club/Organization:                                    Sponsor(s):

Name of Event:

Date:                     Time:                     Location:

Objective:

Additional information about activity:

Any other requests (i.e. food, refreshments, DJ, technical support, etc.): Please be specific.

_____

Club President's Signature & Date: _____

Club Sponsor's Signature & Date (Required): _____

SGA President's Signature & Date: _____

Coordinator of Student Activities' Signature & Date: _____