# EXHIBIT E

# Student Leadership & Activities
## Blinn College - Brenham Campus

# Activity Report Form

**This form must be turned into the Student Leadership & Activities Office after every event.**

Club/Organization:

Type of Event
- ○ Meeting
- ○ Activity
- ○ Fundraiser

Name of Event:

Date of Event:

Number of Attendees:

Money Collected (if applicable):

Brief description of event:

Upcoming events:

Comments:

Submitted by:

Date: