# EXHIBIT H

**"Officer, I Assert My Fifth Amendment Rights As Stated On This Card"**

Pursuant to the law, as established by the United States Supreme Court, my lawyer has advised me not to talk to anyone and not to answer questions about any pending criminal case or other any civil, administrative, judicial, investigatory or adjudicatory matter. Following his advice, I do not wish to talk to anyone about any criminal, civil, administrative, judicial, investigatory or adjudicatory matter, without my lawyer present. I waive no legal rights, nor give any consent, nor submit to any tests or other procedures, without my lawyer present. I ask that no one question or talk to me, without my lawyer here to advise me.

"I hereby invoke and refuse to waive all of the following rights and privileges afforded to me by the United States Constitution. I invoke and refuse to waive my 5th Amendment right to Remain Silent. I invoke and refuse to waive my 6th Amendment right to an attorney of my choice. I invoke and refuse to waive my 4th Amendment right to be free from unreasonable searches and seizures. If I am not presently under arrest, or under investigatory detention, please allow me to leave."