**U.S. District Court, W.D. Texas, Austin Division**
**Attachment to Motion for Admission Pro Hac Vice**

**Robert Corn-Revere:  Bar and Court Admissions**

District of Columbia (Bar No. 375415), admitted 12/12/1983

Supreme Court of the United States, admitted October 7, 1987

Federal Appeals Courts:
U.S. Court of Appeals for the D.C. Circuit, admitted June 11, 1986
U.S. Court of Appeals for the Second Circuit, admitted February 3, 2000
U.S. Court of Appeals for the Third Circuit, admitted January 8, 1988
U.S. Court of Appeals for the Fourth Circuit, admitted February 4, 1999
U.S. Court of Appeals for the Sixth Circuit, admitted December 12, 2005
U.S. Court of Appeals for the Ninth Circuit, admitted January 30, 2008
U.S. Court of Appeals for the Tenth Circuit, admitted January 29, 2003
U.S. Court of Appeals for the Eleventh Circuit, admitted September 29, 2009

Federal District Courts:
United States District Court for the District of Columbia, April 26, 2000
United States District Court for the Southern District of New York, admitted November 16, 2004
United States District Court for the District of Colorado, admitted June 19, 2002