**U.S. District Court, W.D. Texas, Austin Division**
**Attachment to Motion for Admission Pro Hac Vice**

**Ronald G. London:  Bar and Court Admissions**

State of Maryland (Dec. 13, 1995)
District of Columbia (Bar No. 456284, Dec. 1, 1997)

Supreme Court of the United States (Dec. 1, 2003)

Federal Appeals Courts:
U.S. Court of Appeals for the D.C. Circuit (Nov. 3, 2000)
U.S. Court of Appeals for the Second Circuit (Aug. 20, 2007)
U.S. Court of Appeals for the Third Circuit (July 31, 2006)
U.S. Court of Appeals for the Fourth Circuit (Nov. 12, 2009)

U.S. Court of Appeals for the Sixth Circuit (Dec. 12, 2005)
U.S. Court of Appeals for the Ninth Circuit (Sept. 26, 2008)
U.S. Court of Appeals for the Tenth Circuit (Jan. 29, 2003)
U.S. Court of Appeals for the Eleventh Circuit (Dec. 6, 2013)

Federal District Courts:
U.S. District Court for District of Colorado (June 19, 2002)
U.S. District Court Southern District of New York (Nov. 16, 2004)
U.S. District Court for District of Columbia (Jan. 5, 2004)
U.S. District Court for Maryland (Sept. 5, 2006)