**U.S. District Court, W.D. Texas, Austin Division**
**Attachment to Motion for Admission Pro Hac Vice**

**Lisa B. Zycherman:  Bar and Court Admissions**

State of Maryland (12/15/2004)
District of Columbia (Bar No. 495277, 4/3/2006)

Supreme Court of the United States (4/2014)

Federal Appeals Courts:
U.S. Court of Appeals for the D.C. Circuit (8/2009)
U.S. Court of Appeals for the Second Circuit (5/8/2014)
U.S. Court of Appeals for the Sixth Circuit (7/28/2008)
U.S. Court of Appeals for the Eleventh Circuit (10/20/2010)

Federal District Courts:
U.S. District Court for District of Columbia (8/7/2006)
U.S. District Court for Maryland (3/5/2007)