IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAY 21 AM 11:01
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

NICOLE SANDERS

-vs-

ANA M. GUZMAN, DENNIS CROWSON,
SHERI RICH, ERIKAH BROWN, and
DOUG PECK

Case No. 1:15-cv-426

ORDER

BE IT REMEMBERED on this the **21st** day of **May**, 20**15**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Robert Corn-Revere** ("Applicant"), counsel for **Nicole Sanders** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Nicole Sanders** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(1), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court.**

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **21st** day of **May** 20**15**.

_____
UNITED STATES DISTRICT JUDGE