# EXHIBIT B

STUDENT EXPRESSION                                                                FLAA
STUDENT USE OF COLLEGE DISTRICT FACILITIES                           (LOCAL)

The grounds and facilities of the College District shall be made available to students or registered student organizations [see FKC] when such use does not conflict with use by, or any of the policies and procedures of, the College District.  The requesting student or student organization shall pay all expenses incurred by their use of the facilities in accordance with a fee schedule developed by the facility director.

**REQUESTS**

To request permission to meet on College District premises, interested students or registered student organizations shall file a written request with the vice president of student services in accordance with administrative procedures.

The student or the registered student organization making the request shall indicate that they have read and understand the policies and rules governing use of College District facilities and that they will abide by those rules.

**APPROVAL**

The vice president of student services shall approve or reject the request in accordance with provisions of and deadlines set out in this policy and administrative procedures, without regard to the religious, political, philosophical, or other content of the speech likely to be associated with the student's or registered student organization's use of the facility.

Approval shall not be granted when the official has reasonable grounds to believe that:

1. The College District facility requested is unavailable, inadequate, or inappropriate to accommodate the proposed use at the time requested;

2. The applicant is under a disciplinary penalty or sanction prohibiting the use of the facility;

3. The proposed use includes nonpermissible solicitation [see FI];

4. The proposed use would constitute an immediate and actual danger to the peace or security of the College District that available law enforcement officials could not control with reasonable efforts;

5. The applicant owes a monetary debt to the College District and the debt is considered delinquent;

6. The proposed activity would disrupt or disturb the regular academic program;

Blinn College
239501

STUDENT EXPRESSION                                                                    FLAA
STUDENT USE OF COLLEGE DISTRICT FACILITIES                                       (LOCAL)

|  | |
|---|---|
| | 7.   The proposed use would result in damage to or defacement of property or the applicant has previously damaged College District property; or |
| | 8.   The proposed activity would constitute an unauthorized joint sponsorship with an outside group. |
| | The vice president of student services shall provide the applicant a written statement of the grounds for rejection if a request is denied. |
| FREE SPEECH AREAS | The vice president of student services shall designate one or more areas of the College District for use by students and registered student organizations by posting signs identifying each designated area in conspicuous locations in and around each area. |
| | A student or registered student organization may use an area designated for public discussion without prior permission and for peaceful public assembly or demonstration without prior permission. |
| | Public assembly, discussion, or demonstration exercised in accordance with the above paragraphs shall not disturb or interfere with a program, event, or activity approved by the vice president of student services prior to the public assembly, discussion, or demonstration and shall not materially and substantially interfere with College District activities or the rights of others. |
| ANNOUNCEMENTS AND PUBLICITY | In accordance with administrative procedures, all students and registered student organizations shall be given access on the same basis for making announcements and publicizing their meetings and activities. |
| IDENTIFICATION | Students or registered student organizations using College District facilities shall provide identification when requested to do so by a College District representative. |
| VIOLATIONS | Failure to comply with the policy and procedures regarding student use of College District facilities shall result in appropriate administrative action, including but not limited to, suspension of a student's or a registered student organization's use of College District facilities and/or other disciplinary action in accordance with the College District's discipline policies and procedures [see FM and FMA]. |
| APPEALS | Decisions made by the administration under this policy may be appealed in accordance with FLD(LOCAL). |
| | [For distribution of literature, see FLA] |