# EXHIBIT G

# Blinn College

## Brenham Campus Maps - PRINT IN BLACK AND WHITE
### Directions to Brenham Campus - Text Version

**BLINN HOME**



1. Old Main Building (BNMN)
2. Marie Heineke Memorial Gymnasium (HEIN)
3. Henry J. Boehm Industrial Arts Bldg. (HBIA)
4. Weight Room (WTRM)
5. C.F. Schmidt Bldg. (SHMD)
6. Spencer Hall
7. Katherine Atkinson Hall
8. Beazley Hall
9. Classroom Building (CLAS)
10. Small Business Development Center (SBDC)
11. Buccaneer Hall
12. Lockett Hall
19. Solons Hall
20. W.L. Moody Jr. Library (LIB)
21. Academic Building (ACAD)
22. Dr. W.W. O'Donnell Performing Arts Center (THEA)
23. Memorial Hall
24. Spencer Field-Stadium/Field House (FLDH)
25. Commuter Parking
26. W.J. "Bill" Rankin Agricultural Complex (RACC)    (RACS)
27. Maintenance and Vehicle Storage
28. Intramural Field
29. Leroy Dreyer Baseball Field (BASE)
30. The Blinn College Student Center/Dining Hall/Bookstore Student Center Conference Room (SCCR)

| | | | | |
|---|---|---|---|---|
| 13. | Physical Education Building (PEBD) | | 31. | Bob Bullock Building (BULL) |
| 14. | Arts and Sciences Building (ARTS) | | 32. | Melcher Hall |
| 15. | Helman Hall | | 33. | Blinn College Park Apartments |
| 16. | Hallstein Hall | | 34. | Administration Building/Visitor's Center |
| 17. | Blinn College Foundation - Whigham House | | 35. | Health Clinic |
| 18. | J. Hal and Allyne Machat Music Facility (BAND) | | 36. | Bert and Mae Dean Wheeler Residence Hall |

**VISITOR PARKING LOTS**

| | |
|---|---|
| Lot E | lot in front of Administration Bldg. |
| Lot I | lot in front of Student Center |
| Lot P | in front of Old Main -2 visitor spaces |
| Lot Q | in front of Classroom/Science Bldg. 4 visitor spaces |

**Blinn College Park Apartments (BCPA) PARKING LOTS**

| | |
|---|---|
| Lot 1A | on Saeger St. for Bldg. 1, 2, and 3 |
| Lot 4A | on Saeger St. for Bldg. 4 |
| Lot 5A | on Saeger St. for Bldg. 5 |
| Lot 6A | on Saeger St. for Bldg. 6 |
| Lot 7A | on Saeger St, for Bldg. 7 |
| Lot V | on Mill Creek Rd. at the Ag Complex |

**RESIDENCE PARKING LOTS**

| | |
|---|---|
| Lot D | on Green St. for K. Atkinson Hall, Spencer Hall and Beasley Hall |
| Lot H | on Second St. for Melcher Hall, Helman Hall and Hallstein Hall |
| Lot J | on Jackson St. for Memorial Hall and Holleman Hall |
| Lot K | on Blinn Blvd. for Solons Hall |
| Lot N | on Prairie Lee St. for Lockett Hall |
| Lot O | on High St. for Buccaneer Hall |
| Lot R | on Green St. lot between Beasley Hall and Wheeler Hall |
| Lot S | on Second St. for Wheeler Hall |
| Lot U | on High St. in front of Hallstein Hall |
| Lot V | on Mill Creek Rd. at the Ag Complex |

**COMMUTER LOTS**

| | |
|---|---|
| Lot A | on Prairie Lee and College Ave. next to Band Hall and across from Bullock Bldg. |
| Lot B | on Fifth St. behind the football stadium |
| Lot I | on Schwartz's Way St. in front of the Student Center |
| Lot K | on Blinn Blvd. and College Ave. behind Solons Hall |
| Lot L | on Blinn Blvd. behind O'Donnell Bldg. |
| Lot M | on Blinn Blvd. beside the Bullock Bldg. |
| Lot T | on Second St. and High St. across the street from Wheeler Hall |
| Lot V | on Mill Creek Rd. at the Ag Complex |

**FACULTY & STAFF LOTS**

| | |
|---|---|
| Lot C | on Green St. across from Old Main in the Health Clinic Lot |
| Lot E | on Green St. in front of the Administration Bldg. |
| Lot F | on Third St. behind the Administration Bldg. |
| Lot G | on Schwartz Way east of the Student Center Bldg. |
| Lot L | on Blinn Blvd. behind the O'Donnell Bldg. and in front of the Physical Plant |
| Lot M | on Blinn Blvd. on the side of the Bullock Bldg. |
| Lot N | on Prairie Lee St. behind the Classroom/Science Bldg. |
| Lot O | on High St. behind Buccaneer Hall and J.A. Atkinson Hall |
| Lot P | on College Ave. in front of Old Main Bldg. |
| Lot Q | on College Ave. in front of the Classroom/Science Bldg. |