# EXHIBIT I

STUDENT RIGHTS AND RESPONSIBILITIES                                   FLA
STUDENT EXPRESSION                                                 (LOCAL)

| | |
|---|---|
| DISTRIBUTION OF LITERATURE | Written or printed materials, handbills, photographs, pictures, films, tapes, or other visual or auditory materials not sponsored by the College District shall not be sold, circulated, distributed, or posted on any College District premises by any College District student or registered student organization [see FKC], except in accordance with this policy. |
| | The College District shall not be responsible for, nor shall the College District endorse, the contents of any nonschool literature distributed by students or registered student organizations. |
| | Materials distributed under the supervision of instructional personnel as a part of instruction or other authorized classroom activities shall not be considered nonschool literature and shall not be governed by this policy. |
| | [For distribution of nonschool literature by nonstudents and organizations that are not registered student organizations, see GF] |
| LIMITATIONS ON CONTENT | Nonschool literature shall not be distributed by students or registered student organizations on College District property if: |

1.  The materials are obscene.

2.  The materials contain defamatory statements about public figures or others.

3.  The materials advocate imminent lawless or disruptive action and are likely to incite or produce such action.

4.  The materials are considered prohibited harassment.  [See DOA and FFD]

5.  The materials constitute nonpermissible solicitation.  [See FI]

6.  The materials infringe upon intellectual property rights of the College District.  [See CT]

| | |
|---|---|
| TIME, PLACE, AND MANNER RESTRICTIONS | The vice president of student services shall designate times, locations, and means by which nonschool literature that is appropriate for distribution, as provided in this policy, may be made available or distributed by students or registered student organizations to students or others at College District facilities. |
| | Distribution of the nonschool literature shall be conducted in a manner that: |

1.  Is not disruptive [see FLB];

2.  Does not impede reasonable access to College District facilities;

|  |  |
|---|---|
|  | 3. Does not result in damage to College District property; |
|  | 4. Does not coerce, badger, or intimidate a person; |
|  | 5. Does not interfere with the rights of others; and |
|  | 6. Does not violate local, state, or federal laws or College District policies and procedures. |
|  | The distributor shall clean the area around which the literature was distributed of any literature that was discarded or leftover. |
| POSTING OF SIGNS | For the purposes of this policy, "sign" shall be defined as a billboard, decal, notice, placard, poster, banner, or any kind of hand-held sign; and "posting" shall be defined as any means used for displaying a sign. |
|  | Except for signs that violate the limitations on content, as described above, a student or registered student organization may publicly post a sign on College District property in areas or locations designated by the vice president of student services.  No object other than a sign may be posted on College District property. |
|  | Before publicly posting a sign, a student or registered student organization shall: |
|  | 1. Deliver a copy, photograph, or description of the sign to be posted. |
|  | 2. Give notice of the following information: |
|  | a. The name of the student or registered student organization and, if an organization, the name of its advisor; |
|  | b. The proposed general location for posting the sign; |
|  | c. The length of time the sign will be posted; and |
|  | d. The signature of the student or, if a registered student organization, the signature of its authorized representative and the signature of its advisor. |
|  | 3. Place the date of posting on each sign posted. |
| RESTRICTIONS | A sign shall not be larger than 22 inches by 28 inches, unless authorized by the vice president of student services.  A sign shall not be attached or posted: |
|  | 1. To a shrub or plant; |
|  | 2. To a tree, except by string to its trunk; |
|  | 3. To a permanent sign installed for another purpose; |

|  |  |
|---|---|
|  | 4. To a fence or chain or its supporting structure; |
|  | 5. To a brick, concrete, or masonry structure; |
|  | 6. To a statue, monument, or similar structure; |
|  | 7. On or adjacent to a fire hydrant; |
|  | 8. On or between a curb and sidewalk; or |
|  | 9. In a College District building, except on a bulletin board designated for that purpose. |
| REMOVAL | A student or registered student organization shall remove each sign not later than 14 days after posting or, if it relates to an event, not longer than 24 hours after the event to which it relates has ended. |
|  | A sign posted in accordance with this section shall not be removed without permission from the vice president of student services, the student, or the registered student organization. |
| DISCLAIMER | Literature distributed by a registered student organization must include a disclaimer indicating that the literature is not sponsored by the College District and does not represent the views of the College District or College District officials, faculty, or staff. |
| IDENTIFICATION | Students or registered student organizations distributing materials on campus shall provide identification when requested to do so by a College District representative. |
| VIOLATIONS OF POLICY | Failure to comply with the policy and procedures regarding distribution of nonschool literature shall result in appropriate administrative action, including but not limited to confiscation of nonconforming materials, suspension of a student's or registered student organization's use of College District facilities, and/or other disciplinary action in accordance with the College District's discipline policies and procedures [see FM and FMA]. |
| APPEALS | Decisions made by the administration in accordance with this policy may be appealed in accordance with FLD(LOCAL). |