# EXHIBIT J

**BLINN COLLEGE ADMINISTRATIVE PROCEDURES MANUAL**

| | | |
|---|---|---|
| **SUBJECT:** | **Expressive Activities on Campus by Students and Employees** | **EFFECTIVE DATE:  July 31, 2015**<br>**REVISION DATE:  New Procedure** |

## I.  Statement of Purpose

   A.  The primary purpose of the facilities and grounds of Blinn College is to support the educational mission and instructional programs of the college.  A secondary purpose is to support programs sponsored by college departments and organizations affiliated with those departments and to support the professional and personal growth of students through participation in registered student organizations.  In light of the college's educational mission and as permitted by law, Blinn College reserves the right to impose reasonable time, place, and manner restrictions on expressive activities and to limit areas where expressive activities may take place.  Members of the college community who engage in expressive activities are expected to demonstrate respect for the safety of persons and property and respect for those who may disagree with their message.

   B.  These procedures regulate the time, place, and manner of personal expressive activities by individuals and groups that are affiliated with the college (i.e., currently enrolled students, faculty, and staff).   Separate rules govern activities by individuals and groups that are not affiliated with the college (e.g., alumni, visitors, vendors, businesses). (See Policy GF.)  These procedures do not apply to official college functions or college-sponsored activities, including activities related to instruction and classroom activities. Decisions to be made by college officials will be based on the guidelines set forth in this procedure and board policy and will not be based on the viewpoint or opinions of the individuals who desire to engage in expressive activity.

   C.  The district president, the vice president of student services, and other designated college representatives retain the authority to take such steps to prevent expressive activities that materially interfere with the mission of the college. Permissible activities must be conducted in a manner that does not disturb or interfere with the academic programs or administrative or business activities of the college or any program or activity that is conducted by or is authorized by the college.  Groups or individuals engaging in disruptive activities or failing to comply with college policies and procedures may face removal from the campus and other appropriate and lawful sanctions.

## II.  General Prohibitions

Students, faculty, and staff shall not:

- interfere with the free entry to or exit from a building, structure, or facility;
- interfere with the flow of pedestrians or vehicular traffic on sidewalks or streets or at places of ingress and egress to and from property, buildings, or facilities;
- deny the use of offices or other facilities to students, faculty, staff, or guests of the college;
- threaten or endanger the safety of any person on a campus;
- badger, coerce, or intimidate another person or force material on an unwilling recipient;
- engage in conduct that is likely to result in damage to or destruction of property or to cause disruption in utilities;
- create a sustained or repeated noise disturbance that substantially interferes with a speaker's ability to communicate with others and/or the rights of others to listen; or
- attempt to prevent a college event or other lawful assembly by the threat or use of force or violence.

Expressive activities, including display of posters or distribution of literature (see DGD, FLA, FLAA and GF), shall not:

- be obscene;
- be defamatory or libelous;
- contain "fighting words";
- direct to incite or produce imminent lawless action and is likely to incite or produce such action;

- promote commercial products or services and/or constitute commercial solicitation;
- violate copyright or trademark law (see CT and administrative procedure);
- constitute unlawful harassment as defined by state or federal law (see DIA and FFD); or
- promote underage drinking or unlawful use of controlled substances (see DH, DI, FLB, FLBE and GFA).

"Disruption" as used in these procedures includes both deliberate disruption and unintentional disruption. The concept of disruption also applies to the time, effort, and burden required to schedule, coordinate, and manage conflicting events or usages or to respond to disturbances. When responding to or managing disruption, college administrators and law enforcement personnel shall not consider the viewpoint of the individuals claiming disruption or the viewpoint of those reporting disruption.

## III. Definitions

Amplified sound:  the use of any loudspeaker, loudspeaker system, sound amplifier or any other machine or device that produces, reproduces, or amplifies sound (i.e., volume is increased by electric, electronic, or other mechanical means). The term includes bullhorns and microphones. Shouting, group chanting, and acoustic instruments are excluded from the rules pertaining to amplified sound but are subject to the general rules on disruption.

College:  Blinn College and any of its campuses, buildings, and grounds.

College department:  Any academic or nonacademic unit or division or any other official college entity.

College grounds:  Any college owned or leased property, including parking lots, lawns, and sidewalks.

Commercial activity:  The selling or solicitation of objects or services by an individual, organization, or company for personal gain or for the financial benefit of owners or investors. (see DBD, FI and GE)

Distribution of literature:  The distributing, posting, circulating, offering, or selling of printed materials, pamphlets, photos, pictures, audio or visual recordings, or tangible objects. The term includes a stationary display in which items are available for pick-up. (see DGD, FLA, FLAA and GF)  The term excludes official college functions and college-sponsored events and activities, including academic activities pertaining to a course.

Event:   An activity or gathering that occurs in a specific location during a designated period of time.

Non-profit group:  A group whose purpose is to serve a public or mutual benefit other than the pursuit or accumulation of profits for owners or investors. The term includes, but is not limited to, registered student organizations, public charities, religious organizations, organizations that have obtained a non-profit designation by the Texas Secretary of State, and organizations exempt from federal income tax. (see FI, GE and GF)

Non-college or off-campus person or organization:  Any person, organization, or business that is not a Blinn College student, faculty member, or staff member and that is not a Blinn College department or unit, registered student organization, or faculty or staff organization.

Organized expressive activity:  A rally, assembly, march, parade, demonstration, protest, procession, memorial, sit-in, or other public gathering that involves more than 20 individuals and that is intended to convey or communicate a message, viewpoint, or idea. The term excludes official college functions and college-sponsored activities and events.

Official College event or activity:  Any event, program, or activity sponsored by a college department or division in the course of fulfilling its college mission, activities that occur within the classroom, or events that occur within the regular or recurring sphere of activity of a college department or division.

Registered student organization:  A student organization officially registered with the office of student life. (see FKC)

Student:  A person who is currently enrolled in one or more credit or non-credit classes at the college.

## IV. Activities that Do Not Require Pre-Approval

**A.** Except as may be provided elsewhere in these procedures and in board policy, all currently enrolled students, faculty, and staff (including gatherings not exceeding 20 persons) may engage in expressive activity, distribute literature, gather signatures for petitions, or carry signs in outdoor common areas of the college between the hours of 8:00 a.m. and 9:00 p.m. No prior notice or approval is required. The following rules shall apply:

- Amplified sound is not permitted.

- Literature must be hand-held and must be distributed person-to-person and not from a table or stationary location.
- Literature must not be forced upon others.
- Hand-held signs may not be used in a collective manner to blockade others or to block others' view or safe passage through campus.
- The free flow of pedestrian, vehicular, or other traffic must not be obstructed at any time. At all times pedestrians shall be given sufficient space to safely maneuver around individual(s) offering literature or material without having to leave a walkway or paved area.
- Individuals who desire to communicate a message, viewpoint, or idea by walking or marching in unison shall refrain from interfering with the free use of sidewalks, streets, and walkways. Pedestrians shall be given sufficient space to safely maneuver around the group without having to leave a paved area.
- Entrances and exits to buildings and facilities, including steps and landings leading to doorways, shall not be obstructed.  Pedestrians shall be given sufficient space to safely and directly enter or exit a building.
- Individuals shall stand at least 15 feet away from building exits and entrances of libraries, live animal facilities, and health facilities.
- Literature shall not be placed on vehicles in a parking lot without the permission of the owner of the vehicle.
- Individuals distributing literature are responsible for removing leftover or discarded copies of the materials left in the area after the distribution has ended.
- The sound emanating from an activity shall not duplicate or resemble gunfire, explosions, or sirens.
- Glitter and confetti are not permitted.
- Fireworks are prohibited.
- Use of fire is prohibited.
- Camping is not permitted on campus.
- The noise generated by the activity shall not substantially disrupt classes in session or other college operations or other scheduled activities.
- Literature distributed by registered student organizations on campus must contain a disclaimer or notice that states that the literature is not official college literature.

**B.** Certain outdoor areas of campus are available and suitable for gatherings exceeding 20 persons, including rallies and memorials.  These areas are available between the hours of 8:00 a.m. and 9:00 p.m.  These areas are indicated on Appendix A (Brenham campus) and Appendix B (Bryan campus).  If the gathering will involve less than 50 people, no notice or pre-approval is required.  Registered student organizations and staff and employee organizations may reserve an outdoor area in accordance with Section VII. To ensure safety and order, to promote efficient management of space and resources, and to minimize disruption and promote an educational environment conducive to higher learning, the following rules will apply:

1. Individuals who are organizing or planning events or activities that will involve, or that are reasonably projected to involve, more than 50 individuals (including participants and spectators) must give at least 24 hours' advance notice.  The purpose of the notice requirement is to enable the college to efficiently allocate resources; to manage conflicting activities or to reschedule other events if necessary; and to assign campus officers, maintenance staff, and other staff as needed to maintain safety, order, and cleanliness.  Notice may be given in person to the coordinator of student clubs and activities, director of student leadership & activities, **or** Blinn police department between the hours of 8:00 a.m. and 4:30 p.m.  Notice also may be given via email; if email is used, the individual giving notice must send the notice to the police department **and** to the coordinator of student clubs and activities **or** the director of student leadership & activities. The notice shall include the time and location of the event, the name and contact information of the student or employee who is giving notice of the event, and the number of anticipated participants and spectators. If the area in question is already under prior reservation for the same day and time, a college official will inform the individual as promptly as possible that the location is not available.  The official shall identify other outdoor areas that are available that day for the activity or event.

A registered student organization or faculty or staff organization that properly reserves an area in advance under Section VII has the right to the reserved space for the time covered by the reservation.  Other persons or organizations using the same space without a reservation must yield the space promptly at the beginning of the other group's reserved time.

> ***Contact information***:
> > Assistant Director of Student Clubs and Activities
> > > Daniel Byars-daniel.byars@blinn.edu; 109-01 Student Center, Brenham Campus
> > Director of Student Leadership & Activities
> > > David Michener-davidg.michener@blinn.edu; 113 Student Center, Brenham Campus
> > Police Chief
> > > Craig Wiesepape-craig.wiesepape@blinn.edu; 135 Student Center, Brenham Campus

2. The following rules apply to all activities and events within the outdoor areas identified in Appendix A and B:
   - Literature must not be forced upon others.
   - Hand-held signs may not be used in a collective manner to blockade others or to block others' view.
   - Entrances and exits to buildings and facilities shall not be obstructed.  At all times pedestrians shall be given sufficient space to safely maneuver around the individual(s) offering literature or material.
   - Individuals who desire to communicate a message, viewpoint, or idea by walking or marching in unison shall refrain from interfering with the free use of sidewalks, streets, and walkways. Pedestrians shall be given sufficient space to safely maneuver around the group without having to leave a paved area.
   - Entrances and exits to buildings and facilities, including steps and landings leading to doorways, shall not be obstructed.  Pedestrians shall be given sufficient space to safely and directly enter or exit a building.
   - Individuals shall stand at least 15 feet away from building exits and entrances of libraries, live animal facilities, and health facilities.
   - Literature shall not be placed on vehicles in a parking lot without the permission of the owner of the vehicle.
   - Individuals may not set up tables, chairs, boxes, or exhibits unless they have received permission in accordance with the procedure described in Section VI.
   - Tables, chairs, boxes, and exhibits may not be placed on sidewalks, streets, or driveways. The free flow of pedestrian, vehicular, or other traffic must not be obstructed at any time.
   - Registered student groups and faculty and staff organizations may use amplified sound in accordance with Section V.
   - Organized expressive activities are not allowed during final examination periods.
   - Unforeseeable security needs, terror alerts, inclement weather, and other emergencies may affect the availability of spaces that would otherwise be routinely available.
   - The sound emanating from an activity shall not duplicate or resemble gun fire, explosions, or sirens.
   - Each individual or organization is responsible for removing their personal items and trash generated as a result of the individual's or organization's activity.  Individuals distributing literature are responsible for removing leftover or discarded copies of the materials left in the area after the distribution has ended.
   - Camping is not permitted.
   - Glitter and confetti are not permitted.
   - Fireworks are prohibited.
   - Use of fire is prohibited.
   - The noise generated by the activity (with or without amplification) shall not substantially disrupt classes in session or other college operations or scheduled activities.

C. Students, faculty, and staff, including a registered student organization or employee organization, may not sponsor an event or activity on campus with an off-campus or non-college person or organization. Unauthorized co-sponsorship occurs when an off-campus person or organization is involved in planning, staffing, funding, or management of the event; when the off-campus person or organization advertises the event as co-sponsored;

when the student or employee acts as the agent of the off-campus person or organization; and/or when the facts would indicate to a reasonable, objective observer that the off-campus person or organization has a substantial role in the event or activity.  A registered student organization or employee organization may invite an off-campus guest speaker in accordance with Section VII.

## V.   Amplified Sound for Expressive Activities

Registered student groups and faculty and staff organizations may use amplified sound between the hours of 8:00 a.m. and 9:00 p.m. in the areas identified in Appendix A and B. Only portable, handheld amplification devices are permitted. Advance permission is required so that the college may effectively manage potentially conflicting events and uses. Amplified sound is not permitted during final examination periods.

A group desiring to use amplified sound must reserve a particular area at a particular time.  Reservations shall be made with the director of student leadership & activities' office at least three business days in advance but no more than 90 days in advance.  The director or designee shall review the application within two business days.  A properly completed application that complies with these procedures will be approved unless (i) another event or exhibit has been scheduled for the proposed time and location or so near that time there is a practical conflict; (ii) the proposed use would constitute an immediate and actual danger to students, faculty members, or staff members or to the peace or security of the college that available law enforcement officials could not control with reasonable effort; (iii) the applicant is under a disciplinary sanction that prohibits reserving college space; or (iv) the applicant owes a monetary debt to the college and the debt is delinquent.

Additionally, to ensure that each registered student group or faculty or staff organization has reasonable access to areas permitting amplified sound, the director of student leadership & activities may limit the number or frequency of reservations per group per month in areas of high demand.

If the applicant's request is denied, the director or designee shall provide a written explanation.  The applicant may appeal in writing to the vice president of student services.  The vice president or designee will render a decision as promptly as possible (within three business days) after receiving an appeal.  The decision shall be communicated in writing.

## VI.   Posters and Signs

A "sign" is a billboard, banner, notice, placard, poster, picket, or other similar platform that communicates a message. A "post" or "posting" is a method of displaying a sign.  All signs must comply with the prohibitions listed in Section II of these procedures.

### A.   Pre-Approval Not Required

Students and employees engaged in expressive activities may display signs by carrying them in areas authorized by these procedures.  Such signs shall not be larger than 22" x 28" inches.  If a person handles a sign in a manner that violates these procedures, an authorized college official may warn the person of the violation.  If the violation persists, the official may confiscate the sign. Alternatively, the person may agree to remove the sign from campus.

Students who live in dormitories are permitted to post signs on the doors of the rooms to which they are assigned. Signs cannot be larger than 22" x 28" inches or cover up a room number.

The college maintains certain outdoor community bulletin boards or kiosks for use by registered student organizations and faculty and staff organizations for non-commercial purposes.  No advance permission is required. No sign may be larger than 11 inches by 17 inches.  Each sign must identify the group that is sponsoring the sign. No sign may be posted on top of a properly posted sign.  No group may post more than two signs on the same bulletin board or kiosk at the same time.  Each sign must provide the date that it was posted unless the sign contains the date of the event being promoted.   No sign advertising an event may be posted more than 14 days before the

event.  A sign must be removed after 14 days or one day after the conclusion of the event, whichever is earlier.  The director of student leadership & activities or designee may remove any sign that does not comply with these rules.

**B.  Pre-Approval Required**

1.        Registered student organizations and faculty and staff organizations

Registered student organizations and faculty and staff organizations may request to post notices or signs on indoor college bulletin boards.   College bulletin boards are in limited quantity and are not designated for free expression.  Such signs or posting shall not exceed 16" x 20" inches and shall comply with the prohibitions in Section II of these procedures.  The content of such signs and postings shall be restricted to the promotion of events and activities sponsored by recognized organizations, including membership drives.  Such signs and postings shall not promote the use of alcoholic beverages or illegal drugs.  Student requests to post a sign shall be approved or not approved by the department maintaining the bulletin board within three business days based on the standards in this policy and administrative procedures.  Signs approved for posting shall be stamped by the department approving the posting.  The organization shall remove each sign not later than 14 calendar days after posting or, if it relates to an event, not longer than 24 hours after the event to which it relates has ended.

2.        Student government candidates

Students who are candidates for student government officer may post signs in grassy areas on campus during the 14 days prior to a student election.  No more than two signs are permitted per lawn per candidate.  Signage shall not interfere with shrubs, plants, flowers, or sprinklers.  Approved signs shall not be attached or posted:

- to shrubs or plants;
- to a tree (except by string tied around the trunk);
- to a permanent sign installed for another purpose;
- to cover another sign;
- to a fence or chair or its supporting structure;
- to a brick, concrete, or masonry structure;
- to streetlights or utility poles;
- on or adjacent to a fire hydrant;
- between a curb or sidewalk; or
- in a Blinn College building, except on a bulletin board designated for that purpose.

Signs may not interfere with safety signage or traffic lights, block sidewalks or fire hydrants, impair visibility for drivers, or pose a substantial safety risk.  Signs may not be attached with nails, glue, or adhesive tape.

Before displaying a sign, the student must submit a copy, photograph, or description of the proposed sign along with the dimensions and composition (wood, paper, metal, etc.) to the coordinator of student clubs and activities or designee.  After receiving the request, the coordinator of student clubs and activities or designee shall render a decision within three business days.  The coordinator shall consider whether the proposed sign complies with the location, size, and posting restrictions; whether the sign complies with Section II of these procedures; and whether the sign contains spelling or grammar errors.  The coordinator will provide a written decision and may suggest corrections that will bring the sign within compliance.  The applicant may appeal an adverse decision in writing to the director of student leadership & activities.  The director or designee will render a decision within three business days after receiving an appeal.  The decision shall be communicated in writing.

**VII.    Reservation of Outdoor Space**

The areas that may be reserved are identified on the Brenham and Bryan campus maps below.   No student or employee may reserve a space or facility on campus for a non-registered organization or off-campus group or person.

The procedure in this section also may be used to obtain permission to set up tables or chairs in an outdoor area.

A.  **Application Process**

Forms are available from the office of the coordinator of student clubs and activities and the office of the director of student leadership & activities. Reservations are accepted on a first-come, first-served basis; however, college-sponsored events will have first priority. Requests for reservations must be submitted at least three business days in advance of the planned event but no more than 90 days in advance of the planned event. Groups should build in ample event planning time for routing of paperwork.  An application is "received" for purpose of this section if it is actually received between the hours of 8:30 a.m. and 4:00 p.m. Reservations may be sent via email, but such reservations are not considered received until opened. If a campus receives more than two applications on the same day seeking to reserve the same location at the same or conflicting times, a neutral, random method will be used to fill requests. All applications actually received between 8:30 a.m. and 4:00 p.m. on the same day will be eligible for selection using the neutral, random method.

The coordinator of student clubs and activities or designee will approve or deny the application within two business days of receiving the application.  If an application is denied, the coordinator shall provide a written explanation.  Applicants must supply the following information:

- Date of application;
- Proposed date(s) of the organized expressive activity;
- Proposed start and finish times;
- Proposed location;
- Name of the activity;
- Anticipated attendance;
- Advertising methods;
- Expressive activity description *(*e.g., speech, rally, display, literature distribution, including dimensions of any display or exhibit);
- Campus sponsoring organization name, if any;
- Contact person name, address, phone number, and email address; and
- Applicant's signature.

An application may be denied for the following reasons:

- the applicant failed to supply requested information on the application;
- the requested space is not available because it has already been reserved;
- the application contains a material misrepresentation of fact;
- the applicant is ineligible due to a previous violation of these regulations within the previous 6 months;
- the proposed use is not suitable for the location because the anticipated attendance exceeds the reasonable capacity of the space;
- the proposed use is not a suitable location because the design or dimensions of the display will substantially interfere with pedestrian access, traffic flow, or public safety;
- the proposed use conflicts with previously scheduled activities and events in the same area;
- the proposed activity is commercial in nature;
- the applicant is under a disciplinary sanction that prohibits reserving college space;
- the applicant owes a monetary debt to the college; or
- an off-campus individual or group is a sponsor or co-sponsor of the activity. (see FLAA(LOCAL))

The decision to grant or deny a reservation will not be based on the content or viewpoint of the organized expressive activity or upon the expected reaction of others to the activity.

If the applicant's request is denied, the applicant may appeal in writing to the vice president of student services. The vice president or designee will render a decision as promptly as possible (within three business days) after receiving an appeal.  The decision shall be communicated in writing.

In the event a request is denied due to space limitations or other conflicting events, the coordinator of student clubs and activities shall offer an alternate location to the applicant if an alternate location is available and satisfies the other requirements of these procedures.

## B.  Relocation of an Event

The campus administration may reschedule a scheduled event or move a scheduled event to a different location upon the occurrence of:

- circumstances beyond the control of the college, such as facility infrastructure disruption and/or inclement weather;
- substantial changes in the needs or size of the scheduled event;
- unforeseeable change in the need of the college to use of the space for college purposes; or
- a campus disruption that requires the cancellation of other campus events.

The administration will consult with the organizer of the scheduled event to consider other feasible locations or reschedule the event.

## C.  Guest speakers

Recognized student and employee organizations may present a guest speaker to give a speech, to lead a discussion, or to give a performance in a fixed location for a fixed period of time.  The name of the speaker and nature of the event shall be identified on the application for space.  The guest speaker shall comply with the rules in Section II.  The guest speaker shall not accost individuals who have chosen not to listen or attend the event.  The guest speaker may not staff a table.  The group that presents the guest speaker must make it clear to those in attendance that the group invited the guest speaker, not the college, and that the views expressed by the guest speaker are his or her own.

## VIII.  Reservation of Indoor Space

The buildings, classrooms, libraries, and facilities owned or controlled by Blinn College are not a traditional public forum open for assembly, debate, demonstrations, or similar activities by members of the general public or by students or employees of the college. The space and facilities of the college are intended primarily for the support of the instructional programs of the college and for the support of programs conducted or sponsored by the college's academic and administrative departments or organizations affiliated with those departments. The responsibility of the college to operate and maintain an effective and efficient institution of higher education requires the college to regulate the time, place, and manner of assembly, speech, and other expressive activities inside the buildings of the college.

## A.  Authorized Uses

Blinn College permits registered student organizations to reserve a meeting room or a table and chairs in certain designated areas of certain campus buildings for activities germane to the purpose of the organization. Authorized uses include meetings, lectures, workshops, distribution of literature to promote a college event, membership recruitment, and receptions.

Designated indoor sites available for reservation are as follows:
- Student centers in Brenham and Bryan
- Libraries in Brenham and Bryan
- Day rooms in residence halls
- Gymnasiums
- Rankin Agriculture Complex

Recognized student and employee organizations may present a guest speaker to give a speech, to lead a discussion, or to give a performance in a fixed location for a fixed period of time.  The name of the speaker and

nature of the event shall be identified on the application for use of space.  The guest speaker shall comply with the rules in Section II.  The guest speaker shall not accost individuals who have chosen not to listen or attend the event.  The guest speaker may not staff a table.  The group that presents the guest speaker must make it clear to those in attendance that the group invited the guest speaker, not the college, and that the views expressed by the guest speaker are his or her own.

**B. Restrictions on Use of Space**

Members of the registered student organization that have reserved an information table or booth must tend the table at all times, except for reasonable restroom breaks.  The table or booth must have a sign that identifies the organization sponsoring the table.  The sign may not exceed 22 inches by 28 inches.  Tables and chairs may not be moved and must remain in the location designated by the college. Under no circumstances may any stationary display, exhibit, or structure present a significant safety hazard or threat to public safety. Displays and structures may not use candles or fire.  Amplified sound is not permitted inside a campus building, and displays and structures may not emit noise.  The noise generated by the activity shall not substantially disrupt classes in session or other college operations or scheduled activities in the area.  Glitter and confetti are not permitted. Literature must not be forced upon others. At all times pedestrians shall be given sufficient space to safely maneuver around the individual(s) offering literature or material.

In the case of a room reservation, a member of the registered student organization must keep an accurate count of event attendance to ensure compliance with maximum room capacity.

The registered student organization must notify the student life office as soon as possible if a scheduled indoor event is going to be cancelled.  Timely cancellation will prevent campus staff from engaging in unnecessary room set-up or preparation.  Timely cancellation also will ensure that other groups may have the opportunity to use the space.

At the conclusion of the reservation, the registered student organization is responsible for removing personal items and trash generated as a result of the activity.  Students or student organizations that damage college equipment, furniture, fixtures, walls, flooring, or windows may be required to pay for the cost of repair or replacement, and they may forfeit the right to reserve campus facilities in the future.

**D. Space Availability**

To ensure that all eligible groups have reasonable opportunity to reserve space, each registered student organization will be limited to a maximum of four advance reservations per month.   Eligible individuals or groups may inquire with the coordinator of student clubs and activities about same-day availability beginning at 8:30 a.m.  If the designated space has not been reserved, then a request for same-day usage can be submitted and accepted on a first-come, first-served basis.

**E. Application Process for Indoor Space**

Eligible individuals or organizations may request the use of indoor space by completing a request form. Forms are available at the offices of the coordinator of student clubs and activities, the director of student leadership & activities, and the vice president of student services.  Due to the popularity of certain locations, applicants are encouraged to plan their activities in advance.  Reservations must be made at least three business days in advance of the planned event but no more than 90 days in advance of the planned event.  Reservations are accepted on a first-come, first-served basis. A request form is "received" for purpose of this section if it is actually received between the hours of 8:30 a.m. and 4:00 p.m. Reservations may be sent via email, but such reservations are not considered received until opened. In the event of conflicting requests seeking to reserve the same location at the same or conflicting times, a request form will be selected using a neutral, random method.

The coordinator of student clubs and activities or other designated official will approve or deny a requested reservation in writing within two business days of receiving the application.  Applicants must supply the following information:
- Date of application;
- Proposed date(s) of the reservation;
- Proposed start and finish times;
- Proposed location;
- Name of the activity;
- Anticipated attendance;
- Description of the activities planned and the dimensions of any display or exhibit;
- Campus sponsoring organization name, if any;
- Contact person name, address, phone number, and email address; and
- Applicant's signature.

An application may be denied for the following reasons:
- the applicant failed to supply requested information on the application;
- the requested space is not available because it has already been reserved;
- the application contains a material misrepresentation of fact;
- the applicant is ineligible due to a previous violation of these regulations within the previous 6 months;
- the proposed use is not suitable for the location because the anticipated attendance exceeds the reasonable capacity of the space;
- the proposed use is not a suitable location because the design or dimensions of the display will substantially interfere with pedestrian access, traffic flow, or public safety;
- the proposed use conflicts with previously scheduled activities and events in the same area;
- the applicant is under a disciplinary sanction that prohibits reserving college space;
- the applicant owes a monetary debt to the college; or
- the proposed activity is commercial in nature.

Additionally, the campus administration may move a scheduled event to a different location upon the occurrence of:
- circumstances beyond the control of the college, such as facility infrastructure disruption and/or inclement weather;
- substantial changes in the needs or size of the scheduled event; or
- subsequent disruption to previously scheduled college events.

Additionally, because the academic programs of the college take priority over any other use, a reservation may be cancelled due to unanticipated changes in the needs of the academic program.  The administration will consult with the organizer to consider other suitable locations for the event.

The decision to grant or deny a reservation will not be based on the content or viewpoint of the organized expressive activity or upon the expected reaction of others to the activity.

If the applicant's request is denied, the applicant may appeal in writing to the vice president of student services.  The vice president or designee will render a decision as promptly as possible (within three business days) after receiving an appeal.  The decision shall be communicated in writing.

## IX.  Identification

Faculty, staff, and students must produce upon request his or her college identification or other objective proof that the faculty member, staff member, or student is currently affiliated with the college.  As permitted by Section 51.209 of the Texas Education Code, it shall violate these regulations for any person who is on any property or in

a building owned or controlled by the college to fail to identify himself or herself in response to a request by an institutional representative. For the purpose of this section, a person identifies himself or herself by:

- giving his or her name and complete address substantiated by a current driver's license, voter registration card, or other official documentation; and
- stating truthfully whether he or she is a student or employee of the college.

An "institutional representative" is any member of the board of trustees; any college administrator or manager; or any peace officer or security officer of the college acting pursuant to authority of Texas law. Any person who refuses to properly identify himself or herself in accordance with this regulation may be required to leave the premises and may be subject to arrest for trespass.

**Board Policy References:**
CT-Intellectual Property
DBD-Employment Requirements and Restrictions-Conflict of Interest
DG-Employee Rights and Privileges
DGD-Employee Rights and Privileges-Employee Use of College District Facilities (revisions pending August Board approval)
DH-Employee Standards of Conduct
DI-Employee Welfare
DIA-Employee Welfare-Freedom from Discrimination, Harassment, and Retaliation
FFD-Student Welfare-Freedom from Discrimination, Harassment, and Retaliation
FI-Solicitations
FKC-Student Activities-Registered Student Organizations
FLA-Student Rights and Responsibilities-Student Expression (revisions pending August Board approval)
FLAA-Student Expression-Student Use of College District Facilities (revisions pending August Board approval)
FLB-Student Rights and Responsibilities-Student Conduct
FLBE-Student Conduct-Alcohol and Drug Use
GE-Advertising and Fund-Raising
GF-Community Use of College District Facilities (revisions pending August Board approval)
GFA-Community Use of College District Facilities-Conduct on College District Premises

**Administrative Procedure References:**
Blinn Photo Identification (ID) Card
IT Resources and Copyright Infringement
Quiet Hours and No Loitering
Tobacco Use

**Brenham Campus Map**



(BNMN)                                        19.        Solons Hall

**Brenham Public Free Speech areas:**
1. Flagpole area of Rankin Ag Center
2. Corner of Blinn Boulevard and baseball field (behind first base dugout)
3. Flagpole area in front of the Student Center
4. Area between the Student Center and Gym
5. Area in front of library (corner of Blinn Boulevard and College Avenue)
6. Area in front of Administration Building along Green Street

**Bryan Campus Map**



**Bryan Public Free Speech Areas:**
1. In front of Barnes and Nobles Bookstore and toward the CPC building
2. Grassy area out by street near the E and D parking lots
3. Area between the G, E, and H buildings
4. Area between the S, L, and A buildings
5. Between the A building and the new portable building