IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

NICOLE SANDERS, §
        PLAINTIFF, §
§
V. § CAUSE NO. 1:15-CV-426-LY
§
MARY HENSLEY, DENNIS §
CROWSON, SHERI RICH, AND §
ERIKAH BROWN, §
        DEFENDANTS. §

## ORDER

Before the court in the above-styled and numbered cause is Defendant Doug Peck's Motion to Dismiss and Brief in Support filed August 3, 2015 (Clerk's Doc. No. 10). On August 14, 2015, Plaintiff filed her First Amended Complaint (Clerk's Doc. No. 11) and withdrew all claims against Peck.

**IT IS THEREFORE ORDERED** that Defendant Doug Peck's Motion to Dismiss and Brief in Support (Clerk's Doc. No. 10) is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 17th day of August, 2015.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE