IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
|           Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
|           Defendants. | § | |

## DEFENDANTS MARY HENSLEY, DENNIS CROWSON, SHERI RICH, and ERIKAH BROWN'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF THE COURT:

Defendants move for an extension of time as follows:

1. This is a free speech suit. Plaintiff is a student at Blinn College, and the Defendants are employees at Blinn College. On Friday, August 14, 2015, the Plaintiff filed an amended complaint. Defendants' response is due on Friday, August 28, 2015.

2. Defendants' counsel requests an extension of time through Friday, September 11, 2015, in which to file Defendants' response. The reasons for this request include the following:

    (a) Defendants' counsel is preparing for oral argument in the United States Court of Appeals for Fifth Circuit. That argument will take place in New Orleans on Monday, August 31, 2015, in Case No. 14-20778.

    (b) Defendants' counsel has three submissions before the U.S. Equal Employment Commission that are due the week of August 24, 2015 (EEOC Charge No. 846-2015-14619; EEOC Charge No. 460-2014-04134; and EEOC Charge No. 460-2015-030840). The deadlines in these cases have already been previously extended by that agency.

    (c) Defendants' counsel has jury duty in Brazoria County, Texas on August 24, 2015.

(d) Defendants' counsel's associate will be traveling out of the country between August 22, 2015, and September 2, 2015.

In addition to the above obligations, since the date of the filing of Plaintiff's amended complaint, counsel has attended an injunction hearing, responded to investigative requests for information from the U.S. Office for Civil Rights regarding a pending matter on behalf of a governmental client, and assisted a client with a *pro bono* matter.

Due to these conflicting obligations, particularly preparations for the Fifth Circuit oral argument and completion of the EEOC submissions, counsel needs additional time to prepare the response in this case.

## CONCLUSION

Defendant respectfully prays that the Court extend the time for filing Defendants' response to September 11, 2015.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By:    /s/ Lisa A. Brown
Lisa A. Brown
Texas Bar No. 03151470
Federal Bar No. 11478
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com

**LEAD COUNSEL FOR DEFENDANTS**
Mary Hensley, Dennis Crowson, Sheri Rich, and Erikah Brown

OF COUNSEL:

Melisa M. Meyler
Texas Bar No. 24090122
Federal I.D. No. 2385793
**THOMPSON & HORTON LLP**
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554
(713) 333-6141 (telephone)
(713) 583-9691 (fax)

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted Nicole Williams and Ronald London on August 18, 2015, regarding the substance of this motion.  Mr. London indicated on August 20, 2015 that he is not opposed to this motion.

    /s/ Lisa A. Brown
Lisa A. Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Defendants Mary Hensley, Dennis Crowson, Sheri Rich, and Erikah Brown's Unopposed Motion to Extend Time for Filing an Answer* has been served on all known counsel of record for Plaintiff via ECF on this 24th day of August, 2015, properly addressed as follows:

| | |
|---|---|
| Mr. Robert Corn-Revere | *Via ECF:* bobcornrevere@dwt.com |
| Mr. Ronald G. London | *Via ECF:* ronnielondon@dwt.com |
| Ms. Lisa B. Zycherman | *Via ECF:* lisazycherman@dwt.com |
| **DAVIS WRIGHT TREMAIN LLP** | |
| 1919 Pennsylvania Avenue, N.W., Suite 800 | |
| Washington, D.C.  20006-3401 | |
| (**COUNSEL FOR PLAINTIFF**) | |
| | |
| Ms. Nicole L. Williams | *Via ECF:* nicole.williams@tklaw.com |
| **THOMPSON & KNIGHT LLP** | |
| 1722 Routh Street, Suite 1500 | |
| Dallas, Texas  75201 | |
| (**COUNSEL FOR PLAINTIFF**) | |

                                          /s/ Lisa A. Brown
                                          Lisa A. Brown