IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 AUG 31  PM 4: 23
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| NICOLE SANDERS<br>　　　　　Plaintiff,<br><br>v.<br><br>MARY HENSLEY, DENNIS CROWSON,<br>SHERI RICH, and ERIKAH BROWN,<br>　　　　　Defendants. | §<br>§<br>§<br>§  Case No. 1:15-cv-00426-LY<br>§<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANTS MARY HENSLEY, DENNIS CROWSON, SHERI RICH, and ERIKAH BROWN'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pending before the Court is Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Amended Complaint. Upon consideration, the Court is of the opinion that said Motion should be and is hereby GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that Defendants Mary Hensley, Dennis Crowson, Sheri Rich, and Erikah Brown's Unopposed Motion to Extend Time to Respond to Plaintiff's Amended Complaint is GRANTED and Defendants' deadline for responding to Plaintiff's Amended Complaint is extended to September 11, 2015

SIGNED this _31st_ day of _August_____, 2015 at Austin, Texas.

_____
The Honorable Lee Yeakel
United States District Court Judge

686741
093370.000019