IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 FEB 22   PM 4:06

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

| | | |
|---|---|---|
| NICOLE SANDERS, | § | |
|         PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| DENNIS CROWSON, IN HIS OFFICIAL | § | |
| CAPACITY, SHERI RICH, | § | |
| INDIVIDUALLY AND IN HER | § | CAUSE NO. 1:15-CV-426-LY |
| OFFICIAL CAPACITY, ERIKAH | § | |
| BROWN, INDIVIDUALLY AND IN | § | |
| HER OFFICIAL CAPACITY, DOUG | § | |
| PECK, INDIVIDUALLY AND IN HIS | § | |
| OFFICIAL CAPACITY, AND MARY | § | |
| HENSLEY, DISTRICT PRESIDENT OF | § | |
| BLINN COLLEGE, | § | |
|         DEFENDANTS. | § | |

## ORDER

**IT IS ORDERED** that the parties are to submit to the court a Proposed Agreed Scheduling Order, in accordance with Federal Rule of Civil Procedure 26(f), that follows the form scheduling order of this court located on the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Forms" tab, "Civil," "Austin Division," "Proposed Scheduling Order for Judge Yeakel," **on or before March 18, 2016.**

**SIGNED** this _22nd_ day of February, 2016.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE