#### IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| NICOLE SANDERS § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 1:15-cv-00426-LY |
| § | |
| MARY HENSLEY, DENNIS CROWSON, § | |
| SHERI RICH, and ERIKAH BROWN, § | |
| Defendants. § | |

#### JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED SCHEDULING ORDER

TO THE HONORABLE JUDGE OF THE COURT:

The parties move for an extension of time as follows:

1. This is a free speech suit. Plaintiff is a student at Blinn College, and the Defendants are employees at Blinn College. The case involves, among other things, the College's policies and procedures relating to expression on campus. On February 22, 2016, the Court issued an Order (Dkt. 16) requiring the Plaintiff to submit a proposed scheduling order by March 18, 2016.

2. Since the filing of the Amended Complaint (Dkt. 11), the parties have been engaged negotiating settlement of the case. Recently, a proposal with additional terms of settlement was tendered.

3. However, the Blinn College Board regularly meets on a monthly basis, and will not have an opportunity to consider the proposal until after the school's spring break, which is March 14-18, 2016, and thus next steps toward settlement cannot be expected until after the deadline for the proposed scheduling order.

4. Insofar as the parties have engaged in good-faith settlement discussions, and have made progress, and are cautiously optimistic of reaching a negotiated rather than a litigated

resolution of this matter, thereby avoiding the need for further activity before the Court, the parties hereby respectfully request an extension of 35 days, through April 22, 2016, to submit the proposed scheduling order. The additional time will allow the parties to approach certainty that this case can be settled, and if so to execute a mutually acceptable settlement.

## **CONCLUSION**

The parties thus respectfully pray that the Court extend the time for submitting the proposed scheduling order be extended through April 22, 2016.

Respectfully submitted,

**DAVIS WRIGHT TREMAINE, LLP**

By:         /s/ Ronald G. London
Robert Corn-Revere (*pro hac vice*)
Ronald G. London (*pro hac vice*)
Lisa B. Zycherman (*pro hac vice*)
19191 Pennsylvania Ave., N.W., Suite 800
Washington, DC  20006-3401
(202) 973-4200 (telephone)
(202) 973-4499 (fax)
ronnielondon@dwt.com
**COUNSEL FOR PLAINTIFF**
Nicole Sanders

**THOMPSON & HORTON LLP**

By:         /s/ Lisa A. Brown
Lisa A. Brown
Texas Bar No. 03151470
Federal Bar No. 11478
Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas  77027-7554
(713) 554-6741 (telephone)
(713) 583-7934 (fax)
lbrown@thompsonhorton.com
**LEAD COUNSEL FOR DEFENDANTS**
Mary Hensley, Dennis Crowson, Sheri Rich, and Erikah Brown

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Joint Motion to Extend Time to Submit Proposed Scheduling Order* has been served on all known counsel of record for Plaintiff via ECF on this 14th day of March, 2016, properly addressed as follows:

| | |
|---|---|
| Mr. Robert Corn-Revere | *Via ECF:* bobcornrevere@dwt.com |
| Mr. Ronald G. London | *Via ECF:* ronnielondon@dwt.com |
| Ms. Lisa B. Zycherman | *Via ECF:* lisazycherman@dwt.com |
| **DAVIS WRIGHT TREMAINE LLP** | |
| 1919 Pennsylvania Avenue, N.W., Suite 800 | |
| Washington, D.C.  20006-3401 | |
| (**COUNSEL FOR PLAINTIFF**) | |
| | |
| Ms. Nicole L. Williams | *Via ECF:* nicole.williams@tklaw.com |
| **THOMPSON & KNIGHT LLP** | |
| 1722 Routh Street, Suite 1500 | |
| Dallas, Texas  75201 | |
| (**COUNSEL FOR PLAINTIFF**) | |
| | |
| Ms. Lisa A. Brown | *Via ECF:* lbrown@thompsonhorton.com |
| **THOMPSON Horton LLP** | |
| Phoenix Tower, Suite 2000 | |
| 3200 Southwest Freeway | |
| Houston, Texas  77027-7554 | |
| (**COUNSEL FOR DEFENDANTS**) | |

          /s/ Ronald G. London
          Ronald G. London

**IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION**

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
|                 Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
|                 Defendants. | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND
TIME TO SUBMIT
PROPOSED SCHEDULING ORDER**

Pending before the Court is Defendants' Joint Motion to Extend Time to Submit Proposed Scheduling Order. Upon consideration, the Court is of the opinion that said Motion should be and is hereby GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that the Joint Motion to Extend Time to Submit Proposed Scheduling Order is GRANTED and the deadline for submitting the proposed scheduling order is extended to April 22, 2016

SIGNED this _____ day of _____, 2016 at Austin, Texas.

_____
The Honorable Lee Yeakel
United States District Court Judge