IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

FILED
2016 MAR 16  PM 2:47

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT PROPOSED SCHEDULING ORDER

Pending before the Court is Defendants' Joint Motion to Extend Time to Submit Proposed Scheduling Order. Upon consideration, the Court is of the opinion that said Motion should be and is hereby GRANTED. It is therefore

ORDERED, ADJUDGED, and DECREED that the Joint Motion to Extend Time to Submit Proposed Scheduling Order is GRANTED and the deadline for submitting the proposed scheduling order is extended to April 22, 2016

SIGNED this 16th day of March, 2016 at Austin, Texas.

The Honorable Lee Yeakel
United States District Court Judge