IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
|                 Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
|                 Defendants. | § | |

**PARTIES' NOTICE OF TENTATIVE SETTLEMENT
AND JOINT MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF THE COURT:

The parties move for an extension of time as follows:

1. This is a student free speech case. On March 14, 2016, the parties informed the Court they were involved in good faith settlement discussions (Dkt. 17).

2. Since then, the parties have reached an agreement in principle to settle the case, including negotiation of a settlement agreement. The final step is approval by the board of trustees of Blinn College. The board of trustees' next meeting is May 3, 2016.

3. The current deadline for submission of a proposed scheduling order is April 22, 2016 (Dkt. 18), but the parties submit that their having reached a settlement in principle obviates the need for a scheduling order. Given the need to have the board of trustees approve the settlement, and the time needed for ensuing steps to execute the agreement and satisfy certain conditions precedent for filing of a stipulation of dismissal, the parties respectfully request that the Court set a deadline of May 31, 2016, for submission of a stipulation of dismissal or, if necessary, a status report stating a date by which filing of a stipulation of dismissal is expected.

## **CONCLUSION**

For the foregoing reasons, the parties pray that the Court will (i) forgo the requirement for the parties to submit a proposed scheduling order and (ii) provide the parties until May 31, 2016, to complete the settlement process or to file a status report.

Respectfully submitted,

**DAVIS WRIGHT TREMAINE, LLP**

By:       /s/ Ronald G. London
Robert Corn-Revere (*pro hac vice*)
Ronald G. London (*pro hac vice*)
Lisa B. Zycherman (*pro hac vice*)
19191 Pennsylvania Ave., N.W.
Suite 800
Washington, DC  20006-3401
Telephone:  (202) 973-4200
Facsimile:  (202) 973-4499
ronnielondon@dwt.com

**COUNSEL FOR PLAINTIFF** Nicole Sanders

**THOMPSON & HORTON LLP**

By:       /s/ Lisa A. Brown
Lisa A. Brown
SDT No.: 11478
State Bar No.: 03151470
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6751
Facsimile: (711) 583-7698
lbrown@thompsonhorton.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Parties' Notice Of Tentative Settlement And Joint Motion for Continuance* has been served on all known counsel of record on April 22, 2016, properly addressed as follows:

| | |
|---|---|
| Mr. Robert Corn-Revere | *Via ECF:* **bobcornrevere@dwt.com** |
| Mr. Ronald G. London | *Via ECF:* **ronnielondon@dwt.com** |
| Ms. Lisa B. Zycherman | *Via ECF:* **lisazycherman@dwt.com** |

**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C.  20006-3401
(**COUNSEL FOR PLAINTIFF**)

Ms. Nicole L. Williams                             *Via ECF:*  **nicole.williams@tklaw.com**
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas  75201
(**COUNSEL FOR PLAINTIFF**)

                                                          /s/ Ronald G. London
                                                          Ronald G. London