IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
|       Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
|       Defendants. | § | |

**ORDER GRANTING JOINT MOTION
FOR A CONTINUANCE**

Pending before the Court is Defendants' *Parties' Notice Of Tentative Settlement And Motion for Continuance*. Upon consideration, the Court is of the opinion that said Motion should be and is hereby GRANTED. Accordingly, the parties may forgo submitting a proposed scheduling order, and shall file by May 31, 2016, a stipulation of dismissal or, if necessary, a status report stating a date by which filing of a stipulation of dismissal is expected.

SIGNED this _____ day of _____, 2016 at Austin, Texas.

                                                                                 _____
                                                                                 The Honorable Lee Yeakel
                                                                                 United States District Court Judge