IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS AUSTIN DIVISION

FILED

2016 APR 25   PM 1: 59

U.S. DISTRICT COURT
ESTERN DISTRICT OF TEXAS

BY _____

| | | |
|---|---|---|
| NICOLE SANDERS | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:15-cv-00426-LY |
| | § | |
| MARY HENSLEY, DENNIS CROWSON, | § | |
| SHERI RICH, and ERIKAH BROWN, | § | |
| Defendants. | § | |

ORDER GRANTING JOINT MOTION
FOR A CONTINUANCE

Pending before the Court is Defendants' *Parties' Notice Of Tentative Settlement And Motion for Continuance*.  Upon consideration, the Court is of the opinion that said Motion should be and is hereby GRANTED.  Accordingly, the parties may forgo submitting a proposed scheduling order, and shall file by May 31, 2016, a stipulation of dismissal or, if necessary, a status report stating a date by which filing of a stipulation of dismissal is expected.

SIGNED this 25th day of _____April_____, 2016 at Austin, Texas.

_____
The Honorable Lee Yeakel
United States District Court Judge